39738.   TATUM et al. v. PRUITT.

DECIDED SEPTEMBER 20, 1962—
REHEARING DENIED DECEMBER 18, 1962.

174

*William A. Ingram,* for plaintiff in error.

*Cullins & Lancaster, J. R. Cullins, Ben Lancaster,* contra.

EBERHARDT, Judge. We can find nothing in the evidence to support a finding of gross negligence against the Tatums. The only act of negligence supported, as we see it, is a possible exceeding of the city speed limit. That alone is not enough. *Southern R. Co. v. Davis,* 132 Ga. 812, 817 (65 SE 131); *Peavy v. Peavy,* 36 Ga. App. 202, 205 (136 SE 96); *Hopkins v. Sipe,* 58 Ga. App. 511, 513 (199 SE 246); *Fletcher v. Abbott,* 92 Ga. App. 364, 370 (88 SE2d 445) (dissenting opinion).

Accordingly, the trial court erred in denying the motion for judgment non obstante veredicto and the judgment is reversed with direction that a judgment non obstante veredicto be granted as to plaintiffs in error.

*Judgment reversed with direction. Carlisle, P. J., and Russell, J., concur.*